Robert A. Weikert, State Bar No. 121146
  rweikert@nixonpeabody.com
John A. Chatowski, State Bar No. 174471
  jchatowski@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Plaintiff,
BISCOTTI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JCS**

| | |
|---|---|
| BISCOTTI, INC., California corporation | Case No. **CV 09 3852** |
|                Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | **JURY TRIAL DEMANDED** |
| TARGET CORPORATION, a Minnesota corporation, | **DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS/CORPORATE DISCLOSURE** |
|                Defendants. | |

Plaintiff Biscotti, Inc. ("Plaintiff" or "Biscotti"), by its attorneys Nixon Peabody LLP, for its

Complaint against Defendant Target Corporation ("Defendant" or "Target"), alleges as follows:

      1.     This is an action for copyright infringement in violation of 17 U.S.C. §§ 501 *et seq.*

<u>**PARTIES**</u>

      2.     Plaintiff is a corporation formed under the laws of the State of California with its

principal place of business in Alameda County, California.

///

3.      Plaintiff is informed and believes, and on that basis alleges, that Defendant is a Minnesota corporation with its principal place of business in Minneapolis, Minnesota.

## JURISDICTION AND VENUE

4.      This Court has subject matter jurisdiction under 28 U.S.C. § 1331 because the case concerns a question arising under the laws of the United States of America, and under 28 U.S.C. § 1338 because this is an action for copyright infringement.

5.      Venue is proper in this judicial district under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claim occurred in this judicial district.

6.      Pursuant to Local Rule 3-2(d), this action is properly filed in the Oakland Division because a substantial part of the events or omissions giving rise to the claims for relief asserted by Plaintiff occurred in Alameda County, California.

## FACTUAL BACKGROUND

7.      Plaintiff has been manufacturing and designing children's clothing for over twenty years, including swimwear, dresses, sportswear and outerwear.  Plaintiff's clothes, which have won numerous industry awards, consist of unique, company-created patterns, materials, and designs, and are sold under the Biscotti®, Kate Mack®, baby biscotti®, and Bobby Mack™ brands in Nordstrom's, Bloomingdale's, Von Maur, Neiman Marcus, Saks Fifth Avenue, as well as boutique and specialty stores across the United States, Canada, the UK, Italy, Spain, Holland and Germany. Biscotti is the owner of all copyrights and other intellectual property in its products and associated with its business.

8.      Plaintiff promotes its products through advertisements in trade and retail publications, attendance of tradeshows, and its website.  Plaintiff's clothing is the subject of numerous news articles focusing on Plaintiff's innovative designs.  Plaintiff has received numerous prestigious "Earnie" awards for design excellence.  The Earnie Awards are voted on by a cross-section of industry experts, including fashion editors from both trade and consumer publications, representatives from children's clothing buying offices and an array of national and specialty retailers.  The top three nominees in each category are listed on a final voting ballot, which is distributed to a diverse selection of "Earnshaw's" retail subscribers across the country.

9.      Plaintiff is the owner of United States Copyright Registration VA 1-651-205, entitled "BORA BORA #127." The Bora Bora design was first created by Plaintiff in 2006. True and accurate photographs of the Bora Bora design are attached hereto as Exhibit A. A true and correct copy of the Certificate of Registration for Copyright Number VA 1-651-205 is attached hereto as Exhibit B.

10.     Plaintiff first incorporated the Bora Bora design into its product line as part of its "Age of Aquarius" line of swimwear in 2007.  These garments were sold to multiple retailers, including Bloomingdales, Neiman Marcus, Nordstrom's, and Saks Fifth Avenue. True and accurate photographs of Plaintiff's Age of Aquarius swimwear incorporating the Bora Bora design are attached hereto as Exhibit C.

11.     Plaintiff recently learned that Target has been selling swimwear that is virtually identical to Biscotti's "Age of Aquarius" line of swimwear. Indeed, the Target item (called "Toddler Girls' Circo® 1-pc. Pucci Swim- Pink/Green/Blue") (hereinafter the "Infringing Product") is so similar in design and appearance to Biscotti's "Age of Aquarius" line of swimwear with the Bora Bora design that one "reviewer" of the item on the Target.com website characterized it as "almost the perfect twin to boutique children's clothing designer Kate Mack's "Age of Aquarius" swimsuit line from 2008." *See* Exhibit D hereto. A true and accurate copy of a page from the Target.com website displaying the Infringing Product for sale is attached hereto as Exhibit E.

12.     Plaintiff is informed and believes, and on that basis alleges, that the Defendant has sold thousands of the Infringing Products though its web site and at its retail stores. Plaintiff is informed and believes, and on that basis alleges, that Defendant had access to Biscotti "Age of Aquarius" line of swimwear bearing the Bora Bora design prior to the launch of the Infringing Products for sale bearing designs substantially similar to Plaintiff's design.

13.     Plaintiff is informed and believes, and on that basis alleges, that Defendant intentionally and in bad faith copied Plaintiff's copyrighted Bora Bora design.

14.     On or about July 15, 2009, Biscotti, through its undersigned counsel, sent Target a letter informing the company of the infringing product and requesting that it immediately stop selling the product on its website and through its retail stores. On or about July 21, 2009, Target responded

-3-

1   to this letter requesting further information and a copy of Biscotti's registration of copyright. Biscotti

2   promptly provided a copy of its registration as well as a color copy of the specimen submitted with

3   the registration form (as also requested by Target). On or about July 22, 2009, Target sent a letter

4   indicating that the subject product had been purchased from a "vendor," that Target expects its

5   vendors to take responsibility for their products, and consequently Biscotti would be hearing from the

6   "vendor" or its counsel "soon." The letter also stated that the product would only be removed from

7   Target's website "upon instruction from the vendor." Despite several further requests from Biscotti's

8   counsel, to date no communication has ever been received from the alleged "vendor" and Target did

9   not respond to these subsequent requests. Despite being on notice of its infringing activity, Target

10  has continued to advertise and sell the infringing product on its website and through its stores and is

11  still doing so as of the date of this complaint.

### CAUSE OF ACTION—COPYRIGHT INFRINGEMENT

13      15.    Plaintiff repeats and realleges paragraphs 1-13 as if set forth fully herein.

14      16.    The Biscotti "Age of Aquarius" line of swimwear includes original designs owned by

15  Plaintiff, including the Bora Bora design, which constitutes copyrightable subject matter under the

16  laws of the United States.

17      17.    Plaintiff has complied fully with 17 U.S.C. §§ 101 *et seq.*, the statutory deposit and

18  registration requirements thereof, and all of the laws governing federal copyrights, to secure the

19  exclusive rights and privileges in and to the copyright for the Bora Bora design, and has filed the

20  requisite application and obtained from the Register of Copyrights Certificate of Copyright

21  Registration Number VA 1-651-205 covering the Bora Bora design.

22      18.    Since the date the Bora Bora copyright was published, Plaintiff has owned the Bora

23  Bora copyright and owns all copyright interests in the Bora Bora design.

24      19.    Plaintiff is informed and believes, and on that basis alleges, that since at least as early

25  as the summer of 2009, Target has willfully infringed and continues to willfully infringe Plaintiff's

26  copyrights in its Bora Bora design. In particular, Target has copied the original Bora Bora design

27  and, without Plaintiff's consent, has distributed girls' swimwear that includes a design substantially

28  similar to Biscotti "Age of Aquarius" line of swimwear with the Bora Bora design.

-4-

20.     Exhibit E attached hereto reveals the substantial similarity between Plaintiff's copyrighted Bora Bora design and Target's Infringing Product

21.     Target's copying of Plaintiff's copyrighted design constitutes copyright infringement in violation of 17 U.S.C. §§ 501 *et seq.*

22.     Unless restrained and enjoined by this Court, Target will continue to infringe Plaintiff's Bora Bora copyright.

23.     As a direct consequence of Target's infringement, Plaintiff has suffered irreparable injury.  Plaintiff will continue to suffer irreparable injury unless the Court enjoins Target from infringing Plaintiff's Bora Bora copyright.

24.     Plaintiff is informed and believes, and on that basis alleges, that Target has derived, received and will continue to derive and receive gains, profits and advantages from its infringement, including gains, profits and advantages not presently known to Plaintiff, and Plaintiff has been and will continue to be greatly damaged in an amount to be determined at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests judgment against Defendant as follows:

1.     That Target and its officers, agents, servants, employees and attorneys, and all those persons in active concert or participation with them, be forthwith preliminarily and thereafter be permanently enjoined, pursuant to 17 U.S.C. § 502, from:

a.     Copying, reproducing, creating derivative works of, distributing, using, marketing, or selling Plaintiff's Bora Bora design, or any substantially similar variation of Plaintiff's design in any manner; and

b.     Otherwise infringing Plaintiff's copyright rights.

2.     That Target be required to account to Plaintiff for any and all profits derived by Target and for all damages sustained by Plaintiff by reason of Target's actions complained of herein;

3.     That Target be held liable and be ordered to pay Plaintiff all damages that Plaintiff has sustained resulting from Target's acts complained of herein, subject to proof at trial, and that Plaintiff be awarded the profits of Target derived by reason of said acts, or statutory damages, whichever is greater, all as determined by said accounting;

-5-

4.     That any statutory damages be increased and awarded to Plaintiff pursuant to 17 U.S.C. § 504;

5.     That Plaintiff recover its costs, attorneys' fees and expenses of this suit from Target pursuant to 17 U.S.C. § 505; and

6.     That Plaintiff be awarded such other and further relief as the Court may deem just and proper.

Dated: August 21, 2009                    NIXON PEABODY LLP

                                          By _____
                                          Robert A. Weikert
                                          John A. Chatowski
                                          Attorneys for Plaintiff,
                                          BISCOTTI, INC.


## DEMAND FOR JURY TRIAL

Plaintiff BISCOTTI, INC. hereby demands a trial by jury on all issues triable of right by a jury that are raised for determination by this Complaint.

Dated: August 21, 2009                    NIXON PEABODY LLP

                                          By _____
                                          Robert A. Weikert
                                          John A. Chatowski

                                          Attorneys for Plaintiff,
                                          BISCOTTI, INC.

COMPLAINT FOR COPYRIGHT INFRINGEMENT                              CASE NO. _____

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS/CORPORATE DISCLOSURE

Pursuant to Civil Local Rule 3-16 and Federal Rule of Civil Procedure 7.1, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report and are no such parties to identify.

Dated: August 21, 2009                    NIXON PEABODY LLP


By _____
                                          Robert A. Weikert
                                          John A. Chatowski

                                          Attorneys for Plaintiff,
                                          BISCOTTI, INC.

#12662808

COMPLAINT FOR COPYRIGHT INFRINGEMENT                              CASE NO. _____

# Exhibit A



# Exhibit B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-651-205

**Effective date of
registration:**

November 10, 2008

## Title
**Title of Work:** BORA BORA #127

## Completion/ Publication
**Year of Completion:** 2006

**Date of 1st Publication:** June 5, 2007        **Nation of 1st Publication:** United States

## Author
■        **Author:** BISCOTTI, INC.

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** BISCOTTI, INC.

## Rights and Permissions
**Organization Name:** BISCOTTI, INC.

**Name:** CHRISTINE DEVLIN

**Email:** devlinique@yahoo.com

**Address:** 5601 SAN LEANDRO STREET

OAKLAND, CA  United States

## Certification
**Name:** BERNADETTE REISS

**Date:** October 14, 2008

For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA          VAU

EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

Bora Bora

**NATURE OF THIS WORK ▼** See instructions

FABRIC DESIGN

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

Biscotti, Biscotti Collezione, Baby Biscotti, Amber Celeste, Jenny Annie Dots, Amanda Rose, Kate Mack, Water Ballet

If published in a periodical or serial give:   Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**NAME OF AUTHOR ▼**

Biscotti, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of  U.S.A.
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☑ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes   ☑ No

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture       ☐ Map              ☐ Technical drawing
☑ 2-Dimensional artwork         ☐ Photograph       ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes   ☐ No

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture       ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph       ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**Year in Which Creation of This Work Was Completed**  2006   Year ← This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**  Complete this information ONLY if this work has been published.   Month _____ Day _____ Year _____   Nation _____

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Biscotti, Inc.
5601 San Leandro Street, Oakland, CA, 94621

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.      • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
    Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                    **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Nannette Love / Robert Mack
c/o Biscotti, Inc., 5601 San Leandro Street, Oakland, CA, 94621

Area code and daytime telephone number    ( 510 ) 434-9122          Fax number    ( 510 ) 532-3269

Email   robertm@biscottiinc.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Biscotti, Inc.
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Bernadette Reiss                                              Date

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address:

**Name** ▼
BISCOTTI, INC.   Attn: Nannette Love

**Number/Street/Apt** ▼
5601 SAN LEANDRO STREET

**City/State/ZIP** ▼
OAKLAND, CA   94621

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

9

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Biscot

5601 San Leandro Street, Oakland, California

## Print Mil

| | |
|---|---|
| **Design:** | **#127-BORA BORA:** |
| **Date:** | **12/5/2006; 1/4/07** |
| **Division:** | **Kate Mack** |
| **Season:** | **Spring '08** |
| **Fabric:** | **9977 (swim), 9976 (pima), 9910 (stretch popli** |
| **Mill:** | **9977=KLD, 9976=     , 9910=** |
| **Agent:** | **Best Trade** |
| **Copy:** | ☐ House    ☐ Agent/Mill    ☐ Other |

| Color Way | Color Code | | | |
|---|---|---|---|---|
| A | PIRAI | | | |
| B | MULTI | | | |
| | | | | |
| | | | | |

**COMMENTS:**                                    **TWO CO**

☐ **Color Ways:** Please see attached digital color w

☐ Digital Layout is available on a CD and has been
Please, make sure that both the CD and the color
our agent after use.

☐ DIGITAL image was created using the Ned Graphi

☐ All images supplied by Biscotti for screen preparati
that this DPI be maintained and unchanged throug

☐ **TO VIEW digital file IN PHOTOSHOP:**
Open image in Photoshop. Go to menu titled **Ima**
click on **Color Table**.

**REPEAT: VERTICAL HALF DROP: 29.91 CM WII**

☐ **Please, provide 2 yard STRIKE OFFS for ea**

☐ Print on selvedge of fabric: **Copyright BIS**

☐ **COPYRIGHT INFORMATION**
Important to know this is an original design which i
images supplied by Biscotti, Inc.and/or their AGEN
Biscotti, Inc., and their use is strictly limited to the p
Biscotti, Inc..

# Exhibit C

# KATE MACK - SPRING 2008

## AGE OF AQUARIUS - A/R - 11/30/07  X-FACTORY



**501KCL  PINK  3-9M    $22.00**
**501KCA  PINK  12-24M  $22.00**
**501KCB  PINK  2-4T     $23.00**



**502KCB  PINK  2-4T  $23.00**
**502KCC  PINK  4-6X  $24.00**
**502KCD  PINK  7-16  $25.00**



**503KCC  PINK  4-6X  $24.00**
**503KCD  PINK  7-16  $25.00**



**504KCB  PINK  2-4T  $23.00**
**504KCC  PINK  4-6X  $24.00**
**504KCD  PINK  7-16  $25.00**



**505KCC  PINK  4-6X  $24.00**
**505KCD  PINK  7-16  $25.00**



**POPLIN : 506KCC  PINK  4-6X  $20.00**
**506KCD  PINK  7-16  $22.00**



**FRENCH TERRY:**
**507KCC PINK  4-6X  $22.00**
**507KCD PINK  7-16  $23.00**



**POPLIN: 508KCC  PINK  4-6X  $14.00**
**508KCD  PINK  7-16  $15.00**

# KATE MACK - SPRING 2008

## AGE OF AQUARIUS - A/R - 11/30/07  X-FACTORY





**POPLIN:**
**510KCAX PINK  1 SIZE  $12.00**
**510KCBX PINK  1 SIZE  $12.00**
**510KCCX PINK  1 SIZE  $12.00**

**KNIT & FRENCH TERRY:**
**509KCC  LIME  4-6X  $29.00**
**509KCD  LIME  7-16   $32.00**





**511KCBX PINK  4/6, 7/9 $12.00**

**512KCCX PINK  10/12, 13/2  $13.00**
**512KCDX PINK   3/5, 6/8   $14.00**

# Exhibit D

Toddler Girls' Circo® 1-pc. Pucci's ~n' Pink/Green/Blue : Target    Page 3 of 5

Case3:09-cv-03852-RS   Document4   Filed08/21/09   Page19 of 21

buying it again in another size for next year! I'm very picky about what my kids wear and I usually buy old navy or gap stuff, but this is just as stylish and much more affordable.

Was this review helpful to you?

1 out of 1 people found the following review helpful:

May 26, 2009

### ADORABLE SUIT!

Reviewer: **Rachel C. "teacher mama"** (Florida)  See all my reviews

I love this suit. The colors are very vibrant, much more so than the picture. In person it looks 70'sish. I ordered the 5T for my daughter who is 5 years old, but it was too big. The suit is so cute that I had to order the 4T too. She is long and thin and the 4T fits. It is of good quality and would recommend it.

Was this review helpful to you?

May 15, 2009

### ABOSULTELY ADORABLE

Reviewer: **Gwen's Mom** (New York)  See all my reviews

Love this suit. Love Circo. Keep up the great work with your products and prices!

Was this review helpful to you?

May 7, 2009

### CUTE & UNIQUE!

Reviewer: **MoMmaluvs2shop "Chae E."** (NY)  See all my reviews

I was browsing at Target online when I spotted this swimsuit and read the reviews, and so I went to the store today and looked for this and luckily I found the size that I'm lookin' for (the last one). They're cuter in person and yes I totally agree that this one really looks like it was made from a high end boutique brand. For the fraction of price, I would recommend this product.

Was this review helpful to you?

2 out of 2 people found the following review helpful:

April 27, 2009

### SWIMSUIT HAS A HIGH-END BOUTIQUE "LOOK"

Reviewer: **K. Simko** (In suburban Philadelphia, PA USA)  See all my reviews
REAL NAME™

I almost fell over when I found this suit at Target. It is almost a perfect twin to boutique children's clothing designer Kate Mack's "Age of Aquarius" swimsuit line from 2008. And those suits are much, much more pricey! This is a great bargain with a high-end designer look. It is a cute and well-made suit, but note: it does run at least one size small. I agree with a previous review, the colors are a bit more vibrant and less pastel in-person. Love it! And you can't beat the price.

Was this review helpful to you?

1 out of 1 people found the following review helpful:

April 16, 2009

### PATIENTLY AWAITING SUMMER

Reviewer: **C. Campbell** (Pataskala, OH)  See all my reviews
REAL NAME™

It is not even warm enough to wear this swimsuit yet where I live. However, there was only one

# Exhibit E

Find a Store  |  About Target  |  Help

Sign In  |  Your Accou



GiftCards      Registries + Lists

**Women**   **Men**   **Baby**   **Kids**   **Shoes**   **Beauty**   **Home**   **Kitchen**   **Bedding**   **Patio**   **Furniture**   **Toys**

**Search**                          All Categories           GO

**Easy to give. Fun to get.**      Shop GiftCards Now ›      **Clearance.** Save 10%–75% on

---

**Similar Categories**

Circo
All Toddler Girls' Swim
Toddler Girls' One-Piece
Suits
Top Vacation Picks - Girls'
Swimwear



🔍 Zoom and View Larger

Prices, promotions, styles and availability may
vary by store and online.

# Toddler Girls' Circo®
pc. Pucci Swim -
Pink/Green/Blue

(11 reviews)

**$9.99**

free shipping
when you spend $50

Select Size          ▾   ◉ SIZIN

**Quantity:**   1

Sign-in for 1-Click

**This item can be combined with other eligible items for the "free shipping when
spend $50" promotion.  Discount applied at Checkout.**
See offer details.