**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

BISCOTTI, INC.,
    Plaintiff,

v.

TARGET CORPORATION,
    Defendants.
_____/

No. C 09-3852 RS

**ORDER GRANTING REQUEST TO EXCUSE DEFENDANT TARGET CORPORATION FROM ATTENDING THE ENE SESSION**

Date:    April 16, 2010
Mediator:    Andrew Bridges

IT IS HEREBY ORDERED that the request for defendant Target Corporation to be excused from personally attending the April 16, 2010 ENE session before Andrew Bridges is GRANTED. As the parties agreed, Laurie Allyn from InMocean shall appear personally at the ENE session, while Bobby Harary from InMocean and the representative from Target Corporation's legal department shall be available to participate telephonically in the ENE at all times in accordance with ADR L.R. 5-10(f).

IT IS SO ORDERED.

April 13, 2010    By:    *Elizabeth D. Laporte*
Dated                                Elizabeth D. Laporte
                                    United States Magistrate Judge