*E-Filed 4/26/10 *

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Biscotti, Inc.,

        Plaintiffs,

  v.

Target Corporation,

        Defendants.
_____/

No. C 09-03852 RS

**STANDBY ORDER TO SHOW CAUSE**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **July 1, 2010.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **July 8, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

No. C 09-03852 RS
STANDBY ORDER TO SHOW CAUSE

1

2 IT IS SO ORDERED.

3

4

5 Dated: 4/26/10

6 _____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 09-03852 RS
STANDBY ORDER TO SHOW CAUSE

2