*E-Filed 4/30/10*

Robert A. Weikert (State Bar No. 121146)
    rweikert@nixonpeabody.com
John A. Chatowski (State Bar No. 174471)
    jchatowski@nixonpeabody.com
**Nixon Peabody LLP**
One Embarcadero Center, Suite 1800
San Francisco, California 94111
Tel: (415) 984-8200
Fax: (415) 984-8300

**Attorneys for Plaintiff**
**Biscotti, Inc.**

Ann McFarland Draper (State Bar No. 065669)
    ann@draperlaw.net
**Draper Law Offices**
601 Montgomery Street, Suite 1150
San Francisco, California 94111
Tel: (415) 391-4200
Fax: (415) 989-4739

Ezra Sutton, Esq.
    esutton@ezrasutton.com
Joseph Sutton, Esq.
    jsutton@ezrasutton.com
**Ezra Sutton, P.A.**
900 Route 9
Woodbridge, New Jersey 07095
Tel: (732) 634-3520
Fax: (732) 634-3511

**Attorneys for Defendant**
**Target Corporation**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BISCOTTI, INC., a California Corporation, | Case No. 3:09-cv-03852-RS |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| TARGET CORPORATION, a Minnesota Corporation, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and pursuant to a settlement reached on April 16, 2010 by and between the parties to the above-entitled action which

1  is reflected in a written settlement agreement, plaintiff Biscotti, Inc. and defendant Target
2  Corporation, the parties, by and through their counsel of record, hereby stipulate and agree that the
3  above-entitled action shall be, and hereby is, DISMISSED WITH PREJUDICE.  Each of the
4  parties shall bear his or its own attorneys' fees and costs.  The Court shall retain jurisdiction to
5  enforce the settlement.
6      IT IS SO STIPULATED.

7                                      Respectfully submitted,
8  DATED:  April 30, 2010              NIXON PEABODY, LLP
9
10                                     By_____/s/_____
11                                     John A. Chatowski
                                       Attorneys for Plaintiff Biscotti, Inc.
12
13  DATED:  April 30, 2010              DRAPER LAW OFFICES
14                                     By_____/s/_____
15                                     Ann McFarland Draper
                                       Attorneys for Defendant Target Corporation
16
17              GENERAL ORDER 45 CERTIFICATION
18      I, John A. Chatowski, hereby attest pursuant to N.D. Cal. General Order No. 45 that the
19  concurrence to the filing of this document has been obtained from each signatory hereto.
20
    DATED:  April 30, 2010              NIXON PEABODY, LLP
21
22
                                       By_____/s/_____
23
                                       John A. Chatowski
24                                     Attorneys for Plaintiff Biscotti, Inc.
25
26
27
28

**ORDER**

Plaintiff Biscotti, Inc. and defendant Target Corporation, being all of the parties of record in this action, having reached a settlement which is reflected in a written settlement agreement, and having stipulated by and through their counsel of record, and the Court having accepted the stipulation of the parties,

IT IS HEREBY ORDERED that the above-entitled action shall be, and hereby is, DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that each of the parties shall bear his or its own attorneys' fees and costs, and that the Court shall retain jurisdiction to enforce the settlement.

IT IS SO ORDERED.

Dated: __4/30_____, 2010

_____
UNITED STATES DISTRICT COURT JUDGE